IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALEXANDER WHALEN,                                          CV 07-1887-ST

        Plaintiff,                                     OPINION AND ORDER

    v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

MOSMAN, J.,

      On January 7, 2011, Magistrate Judge Stewart issued a Findings and Recommendation

("F&R") (#46) in the above-captioned case recommending that I grant plaintiff's Application for

Fees Pursuant to the Equal Access to Justice Act (#27) and plaintiff's Motion for Attorney Fees

Pursuant to 42 U.S.C. § 406(b) (#35).  No objections were filed.

## DISCUSSION

      The magistrate judge makes only recommendations to the court, to which any party may

file written objections.  The court is not bound by the recommendations of the magistrate judge,

but retains responsibility for making the final determination.  The court is generally required to

make a de novo determination regarding those portions of the report or specified findings or

recommendation as to which an objection is made.  28 U.S.C. § 636(b)(1)(C).  However, the

court is not required to review, de novo or under any other standard, the factual or legal

conclusions of the magistrate judge as to those portions of the F&R to which no objections are

addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328

F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to

review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Stewart's recommendation, and I ADOPT the F&R (#46) as my own opinion.

IT IS SO ORDERED.

DATED this  7th  day of February, 2011.


/s/ Michael W. Mosman____
MICHAEL W. MOSMAN
United States District Court